# Exhibit A



# PENNSYLVANIA STATE POLICE
## GO# PA 2023-994189

## DUI ON VIEW ALCOHOL
## ARRESTEE # 1 - MOYER, KISA LEE
## Offense Tracking Number  R517665-1

# Table of Contents

**Related Person(s)** ............................................................................................................ **1**

  1. ARRESTEE # 1 - MOYER, KISA LEE ........................................................................ 1

        SOBRIETY TEST DETAILS ................................................................................ 5

  2. INVOLVED # 1 - MASTELLER, FRANKLIN GEORGE .............................................. 3

**Related Vehicle(s)** ........................................................................................................... **4**

  1. Involved # 1 - LPW1393, PA VIN# YV1952AS4B1135056 ...................................... 4

**Related Narrative(s)** ....................................................................................................... **7**

  1. 1 -INITIAL NARRATIVE - MOYER, KISA LEE 07/29/2023 ...................................... 7

  2. 3 - OFFICER NARRATIVE - MOYER, KISA LEE 07/29/2023 ................................... 10

  3. 7-TEXT TEMPLATES - MVR REQUEST .................................................................. 11

**Related Follow Up(s)** ...................................................................................................... **12**

  1. Follow Up Report # PA 1 - DUGHI,J,10572 ............................................................ 12

        3 - OFFICER NARRATIVE - MVR DOWNLOAD COMPLETION 07/30/2023 ............... 12

  2. Follow Up Report # PA 2 ....................................................................................... 14

        1. PENN DOT PAPERWORK - DL-26A ................................................................. 14

        2. LAB REPORT - CHEMICAL TEST REPORT ...................................................... 15

        3. OTHER - RELEASE FROM CUSTODY .............................................................. 16

        4. PENN DOT PAPERWORK - VEHICLE RECORD ABSTRACT .............................. 17

        5. PENN DOT PAPERWORK - CERTIFIED DRIVER HISTORY .............................. 19

        6. CRIMINAL COMPLAINT/AFFIDAVIT - CC AND AFFIDAVIT .............................. 22

  3. Follow Up Report # PA 3 - MILLER,J,14015 ............................................................ 30

        3 - OFFICER NARRATIVE - (ARRESTEE (INCLUDES RUNAWAY) #1) MOYER, KISA L (D 11/10/2023 ... 30

  4. Follow Up Report # PA 4 - MILLER,J,14015 ............................................................ 31

        3 - OFFICER NARRATIVE - (ARRESTEE (INCLUDES RUNAWAY) #1) MOYER, KISA L (D 02/08/2024 ... 31

  5. Follow Up Report # PA 5 - MILLER,J,14015 ............................................................ 32

        3 - OFFICER NARRATIVE - (ARRESTEE (INCLUDES RUNAWAY) #1) MOYER, KISA L (D 04/24/2024 ... 32

        1. COURT ORDER - MOYER DISPOSITION ........................................................ 33



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

| Reported Date: Jul-29-2023 (Sat.) | Officer: [Employee #] - MILLER,J,14015 | Approved by: [Employee #] - DUGHI,J,10572 |
|---|---|---|

| Date Occurred: Jul-29-2023 (Sat.) | Time: 1640 | Latest Possible Date: | Time: |
|---|---|---|---|

**Location of Occurrence:** W MAIN ST / CENTER ST , DUSHORE BORO (SULLIVAN)    **District:** P02    **Zone:** P0222    **Grid:**

**Study:** Contact Data Reporting Completed    **Domestic Violence:** No

**Offense: #1**   DUI ON VIEW ALCOHOL - COMPLETED

| Total Stolen: | Total Damaged: | Total Recovered: |
|---|---|---|

## Clearance Information

| Agency: PA State Police | Date Cleared: 07/29/2023 | Cleared by: MILLER,J,14015 |
|---|---|---|

| Status: Cleared By Arrest Or Citation | IBR Cleared exceptionally status: Not Applicable |
|---|---|

## Related Person(s)

### ARRESTEE # 1 - MOYER, KISA LEE

| Sex: Female | Race: WHITE | Ethnicity: Non-Hispanic | DOB: ▬▬▬ |
|---|---|---|---|

**Age Based Off Incident Occurrence Date:** 32

| Height: 5'06   Weight: 140 | Hair: BLACK | Eyes: BROWN |
|---|---|---|

**Address:** 70 JACKSON ST  MILDRED, PA  18632

| Home #: | Work #: | Cell #: (954) 591-5552 |
|---|---|---|

**Email Address:**

| Place of Birth: Pennsylvania | Citizenship: |
|---|---|

| Language: English | Marital Status: Engaged | Occupation: QUALITY TECH |
|---|---|---|

| Employer: PROCTOR & GAMBLE | Employer Address: MAHOOPANY |
|---|---|

| Driver's License # ▬▬▬ Pennsylvania | Social Security #: ▬▬▬ |
|---|---|

| Complexion: | Build: | Handed: Ambidextrous |
|---|---|---|

**Description of Facial Hair:**

| Facial Hair Color: | Eye Glass Lens: |
|---|---|

## Linkage Factors

| Resident status: Resident | Age Range: 30-49 Years | Just. homicide circumstance: |
|---|---|---|

**Aggravated assault/homicide:**

| Related vehicle #: 1 - LPW1393, PA | Person seat position: Driver - All Vehicles |
|---|---|

**Type of injury:**

| Person location: OBSERVED/CONTACTED INSIDE VEHICLE | Arrest date: 07/29/2023 |
|---|---|

**Disposition:** Processed and Released

| Juvenile Status: | Multiple Clearance: Not Applicable |
|---|---|

**Armed with:** Unarmed

**Arrest type:** On View Arrest (taken into custody w/o warrant or previous report)

**Offense:** 8060 - 0  DUI ON VIEW ALCOHOL  - COMPLETED

## Processed Details

| FINGERPRINTED | Yes |
|---|---|
| PHOTOGRAPHED | Yes |
| DATE PROCESSED | 07-29-2023 |

# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|
| **OFFENSE TRACKING NUMBER** | R517665-1 |
| **Limited English Proficiency** | |
| **NON-PSP INTERPRETER** | Shall be added as an Entity |





# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## INVOLVED # 1 - MASTELLER, FRANKLIN GEORGE

| **Sex:** Male | **Race:** WHITE | **Ethnicity:** Non-Hispanic | **DOB:** ▓▓▓▓ |
|---|---|---|---|

| **Age Based Off Incident Occurrence Date:** 68 |
|---|

| **Height:** 5'08    **Weight:** | **Hair:** | **Eyes:** HAZEL |
|---|---|---|

| **Address:** 19 SECOND ST PO BOX 272  MILDRED, PA  18632 |
|---|

| **Home #:** | **Work #:** | **Cell #:** (570)  928-9707 |
|---|---|---|

| **Email Address:** |
|---|

| **Place of Birth:** | **Citizenship:** |
|---|---|

| **Language:** | **Marital Status:** | **Occupation:** |
|---|---|---|

| **Employer:** | **Employer Address:** |
|---|---|

| **Driver's License #:** ▓▓▓▓ Pennsylvania | **Social Security #:** |
|---|---|

| **Complexion:** | **Build:** | **Handed:** |
|---|---|---|

| **Description of Facial Hair:** |
|---|

| **Facial Hair Color:** | **Eye Glass Lens:** |
|---|---|

## Linkage Factors

| **Resident status:** Resident | **Age Range:** 65-98 Years | **Just. homicide circumstance:** |
|---|---|---|

| **Aggravated assault/homicide:** |
|---|

| **Related vehicle #:** | **Person seat position:** |
|---|---|

| **Type of injury:** |
|---|

| **Person location:** | **Arrest date:** |
|---|---|

| **Disposition:** |
|---|

| **Juvenile Status:** | **Multiple Clearance:** |
|---|---|

| **Armed with:** |
|---|

| **Arrest type:** |
|---|



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Related Vehicle(s)

### Involved #1 - 2011  VOLVO  S80

| License Plate: LPW1393 | License State: Pennsylvania | VIN#: YV1952AS4B1135056 | OAN: |
|---|---|---|---|
| Style: SEDAN | | Color: Black | |
| Miscellaneous Information: | | | |
| Type: AUTOMOBILE | | Transmission: | |
| Interior description: | | Exterior features: | |
| Modifications: | | Condition: | |
| Body damage: | | Wheels: | |
| Windows: | Features: | | |

### Linkage Factors

| Related Owner: MOYER, KISA LEE | | Contacted owner: N |
|---|---|---|
| Vehicle Use: DRIVEN BY SUSPECT/ARRESTEE DURING CRIME | | |
| # of Occupants: 1 | Leased/Owned: OWNED | Location: LOCATED AT THE SCENE |
| Disposition: VEHICLE LEFT AT SCENE | | Towed: No |
| Insurance Company: | | Liability Insurance: No |
| Policy #: | Expiry date: | |



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Sobriety Test Details

**Entity:** ARRESTEE # 1 - MOYER, KISA LEE

### Vehicle In Motion

| | |
|---|---|
| HOW CONTACTED | Title 75 |
| STOPPING SEQUENCE | Slow response |
| DETAILED REMARKS | Field not currently utilized |
| SUMMARY VIOLATIONS | 1501A, 1501C, 1515, 3714 |

### Personal Contact

| | |
|---|---|
| VEHICLE ODORS | Alcoholic beverage |
| OBSERVATIONS OF THE OPERATOR | - |
| OPERATOR APPEARANCE | Dazed |
| ODOR ABOUT BREATH AND PERSON | Moderate odor of an alcoholic beverage |
| MEDICAL MARIJUANA INDICATED | No |
| ACTIONS | Fumbles with cards/provides wrong cards, Sleepy, Unsure of footing |
| ATTITUDE | Cooperative |
| SPEECH | Admission to alcoholic beverage consumption, Low/whispery, Thick/slurred |
| EYES | Bloodshot, Large pupils in bright light (dilated), Watery |
| ADDITIONAL NARRATIVE/MEDICAL CONDITIONS | Field not currently utilized |

### Field Sobriety

| | |
|---|---|
| ROAD SURFACE | DRY, ROADSIDE, FREE OF DEBRIS |
| WEATHER | NO ADVERSE WEATHER CONDITIONS |
| LIGHTING CONDITIONS | DAYLIGHT, PATROL VEHICLE LIGHTING |
| HORIZONTAL GAZE NYSTAGMUS TEST | - |
| GENERAL OBSERVATIONS | Anxious, Droopy eyelids, Odor of alcoholic beverage, Sluggish, Uncoordinated, Unable to follow instructions, Watery eyes |
| PUPIL SIZE | Dilated (large pupil in bright light) |
| LACK OF SMOOTH PURSUIT | Both eyes |
| DISTINCT AND SUSTAINED NYSTAGMUS AT MAX DEVIATION | Both eyes |
| ONSET OF NYSTAGMUS PRIOR TO 45 DEGREES | Both eyes |
| VERTICAL GAZE NYSTAGMUS | Not applicable |
| DECISION POINT | 6 |
| WALK AND TURN TEST | - |
| INSTRUCTION PHASE | Unable to maintain balance during instructions |
| WALKING PHASE (1ST NINE STEPS) | Misses heel-to-toe (missed steps reported in remarks), Stops walking (location of stop noted in remarks) |
| 1ST NINE STEPS NOTES | MISSED HEEL TO TOE ON STEPS 1 THROUGH 9 STOPPED WALKING ON STEP 9 |
| WALKING PHASE (2ND NINE STEPS) | Misses heel-to-toe (missed steps reported in remarks), Steps off of the line (where stepped off line noted in remarks) |





# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|
| **2ND NINE STEPS NOTES** | MISSED HEEL TO TOE ON STEPS 1 THROUGH 9 STEPPED OFF THE LINE ON STEPS 1 AND 3 |
| **DECISION POINT (WAT)** | 4 |
| **ONE LEG STAND STAND** | - |
| **FOOT RAISED** | Left |
| **OBSERVED CLUES** | Hops, Sways, Uses arms for balance |
| **DECISION POINT (OLSD)** | 3 |
| **PRELIMINARY BREATH TEST RESULTS** | .098 |
| **ADDITIONAL FIELD COORDINATION EXERCISES** | - |
| **MODIFIED ROMBERG BALANCE** | Eyelid tremors |
| **SWAY** | 2 INCH CIRCULAR SWAY |
| **ACTUAL DURATION** | 29 SECONDS |
| **INTERNAL CLOCK** | 30 SECONDS |
| **LACK OF CONVERGENCE** | Both eyes converge |
| **DRUG RECOGNITION EXPERT INFORMATION** | - |
| **DRE CONTACTED** | No |
| **Chemical Testing** | |
| **IMPLIED CONSENT** | DL-26A (1547 Breath) |
| **CHEMICAL TEST TYPE** | Breath (document 20 min observation start time) |
| **20 MIN OBSERVATION START TIME** | 1640 |
| **CHEMICAL TEST DATE** | 07-29-2023 |
| **CHEMICAL TEST TIME** | 1718 |
| **TEST OBSERVATION OFFICER** | TROOPER JEFFREY MILLER |
| **TEST ADMINISTRATOR** | TROOPER JEFFREY MILLER |
| **ANALYSIS LOCATION/LAB** | PSP LAPORTE |
| **BAC/BRAC** | 0.092% |
| **DRUGS DETECTED** | Alcohol (ETOH) |





# PENNSYLVANIA STATE POLICE

### General Offense Report

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Related Document

**Document:** 1 -INITIAL NARRATIVE    **Author:** Employee # - MILLER,J,14015

**Related Date/Time:** Jul-29-2023 (Sat.) 1640

**Related Person:** ARRESTEE # 1 - MOYER, KISA LEE

**Subject:** MOYER, KISA LEE

On Saturday July 29th 2023 at approximately 1640 hours, I was in a marked patrol vehicle, attired in full PSP uniform and monitoring southbound traffic on SR220, just north of its intersection with Mill St, Dushore Borough, Sullivan County. I observed a black Volvo sedan traveling South on SR220 and approach my stationary position. I observed a female to be operating the Volvo. The Volvo was bearing Pennsylvania registration LPW1393. I conducted a CLEAN/NCIC query of the Volvo, the query returned the Volvo's Pennsylvania registration to expire on 07/31/23. The query returned a female to have prior involvement with the Volvo on 01/21/2023.  I conducted a CLEAN/NCIC query of the female (Kisa Lee MOYER). The query returned a Florida Driver's License and a photograph for MOYER with a Fort Lauderdale address and Pennsylvania address.  I conducted a CLEAN/NCIC query of MOYER through Pennsylvania, the query returned MOYER to have an expired Pennsylvania driver's license. The photograph of MOYER's Florida and Pennsylvania driver's license was consistent with the female I observed operating the Volvo. The Volvo made a right hand turn onto W Main St. I activated my emergency lighting, the Volvo was slow to respond to my emergency lighting. Subsequently a traffic stop was conducted at West Main St just West of Center St, Dushore Borough, Sullivan County.


I approached the vehicle's driver side and identified myself as well was the reason for the stop.  I requested the operator exhibit her driver license, registration, and proof of insurance. The operator was slow to exhibit her documents. The operator exhibited her Florida Driver's license (FL OLN: ████████████, allowing me to positively identify the operator as Kisa Lee MOYER. While speaking with MOYER I detected the odor of an alcoholic beverage emanating from the vehicle.  While speaking with MOYER, I observed her to have bloodshot and glassy eyes.  When questioned, MOYER related she worked an overnight shift and consumed alcoholic beverages prior to going to bed this morning.  MOYER again related she did not consume an alcoholic beverage after waking up.

I requested MOYER to submit to a Preliminary Breath Test, MOYER complied with my request.

I returned to my patrol vehicle and conducted a CLEAN/NCIC query of the Volvo and MOYER.

I reapproached the vehicle's driver side and MOYER submitted to a Preliminary Breath Test, the test detected the presence of alcohol. I requested MOYER to exit the vehicle, MOYER complied with my request.

I requested MOYER to perform Standard Field Sobriety Test's (SFST's). MOYER advised that she would perform SFST's.  As a result of SFST's, I observed MOYER to exhibit signs of impairment which would render her incapable of safe driving a motor vehicle. Please refer to the sobriety detail page for further information.

# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-994189**          **Operational Status: CLOSED**

I again requested MOYER submit to a Preliminary Breath Test, MOYER complied with my request. The Preliminary Breath Test detected the presence of alcohol.

I subsequently took MOYER into custody.

The Volvo was left on scene with verbal permission from MOYER.

At approximately 1659 hours, MOYER was transported to PSP Laporte.

At approximately 1711 hours, MOYER arrived at PSP Laporte.

While at PSP Laporte, I read MOYER her Implied Consent / O'Connell Warnings verbatim from the DL-26A. MOYER agreed to provide a sample of her breath.

At 1718 hours, I administered a chemical test of breath on MOYER on the Intoxilyzer 9000, SN: 90-002645. The report indicated that MOYER's Blood Alcohol Content (BAC) was 0.092% at the time of the legal breath test.

A copy of the Chemical Test Report, Commonwealth of Pennsylvania, Intoxilyzer 9000, SN: 90-002645 was provided to MOYER at PSP Laporte.

Following the breath test, MOYER was photographed and fingerprinted for this incident at PSP Laporte.

MOYER was released into the care of Franklin George MASTELLER.

An MVR request was prepared and submitted.

A News release was prepared and submitted.

On 07/31/2023 I filed charges with Magisterial District Court 44-3-03.



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

I recommend this investigation remain open, this investigation will remain open pending the outcome of the Defendants Preliminary Hearing.

ADDITIONAL ATTACHMENTS:

1. Original DL26-A, signed by MOYER
2. Chemical Test Report, Commonwealth of Pennsylvania, Intoxilyzer 9000, SN: 90-002645 for MOYER
3. Pennsylvania Department of Transportation, Vehicle Record Abstract
4. Pennsylvania Department of Transportation, Bureau of Driver Licensing, Certified Driver History
5. Release from Custody form
6. Copy of Criminal Complaint and Affidavit of Probable

    For Official Use Only    Printed On May-20-2025  (Tue.)    For



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Related Document

**Document:** 3 - OFFICER NARRATIVE     **Author:**  - MILLER,J,14015

**Related Date/Time:** Jul-29-2023 (Sat.) 1640

**Related Person:** ARRESTEE # 1 - MOYER, KISA LEE

**Subject:** MOYER, KISA LEE

On Saturday July 29th 2023 at approximately 1640 hours Trooper Jeffrey MILLER conducted a traffic stop for a Title 75 Violation on West Main St just West of Center St, Dushore Borough, Sullivan County. Throughout the investigation the Defendant displayed indicators of impairment. The Defendant displayed indicators of impairment which would render her incapable of safely operating a motor vehicle. The Defendant was subsequently taken into custody, transported to PSP Laporte, submitted to a chemical test of breath, and was processed and released as per Rule 519. Charges to be filed with Magisterial District Court 44-3-03. Trooper Jeffrey MILLER investigating.



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Related Document

**Document:** 7-TEXT TEMPLATES

**Author:** [Employee #] - MILLER,J,14015

**Related Date/Time:** Jul-29-2023 (Sat.) 1640

**Subject:** MVR REQUEST

```
                          MVR REQUEST
_____

_____

RMS Form Name:  MVR REQUEST
Version:        04
Published:      06/08/2020
_____

_____

REQUESTOR:       MILLER,J,14015
OFFICER LOGIN:   MILLER,J,14015

TRAFFIC CITATION #:     N/A
DATE:                   07-29-2023
APPROX. START TIME      1640     HRS
APPROX. END TIME        1711     HRS
PATROL UNIT             P2-06

REASON FOR REQUEST:
   X  DUI                   CRIME SCENE            DOMESTIC
      CRASH                 INTERVIEW              PURSUIT
      TRAFFIC STOP          TRAINING               DISCOVERY RTK
      OTHER

ALL PARTICIPANTS ON VIDEO, TO INCLUDE DEFENDANT(S) NAME:
  TROOPER JEFFREY MILLER

DEFENDANT: KISA LEE MOYER

SUSPECT'S VEHICLE DESCRIPTION:
  BLACK VOLVO S80 BEARING PENNSYLVANIA REGISTRATION LPW1393

BRIEF DESCRIPTION OF INCIDENT:
  TRAFFIC STOP / DUI

                   MANDATORY DUPLICATION/RETENTION
  Members are responsible for notifying the MVR Custodial Officer of these

                   *** End of Template ***
```



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Follow Up Report #1

| Assigned to: [Employee #] - DUGHI,J,10572 | Assigned on: Jul-30-2023  (Sun.) 1627 |
|---|---|
| Completed: Yes | Approved on: 07/31/2023 | Approved by: BLESSING,M,12431 |

### Narrative Text #1

**Document:**  3 - OFFICER NARRATIVE

**Related Date/Time:** Jul-30-2023 (Sun.) 1628

**Subject:**  MVR DOWNLOAD COMPLETION

```
                    MVR REQUEST COMPLETION
_____
_____

RMS Form Name:  MVR REQUEST COMPLETION
Version:        03
Published:      06/08/2020

_____
_____

DATE:               Jul-29-2023

INVESTIGATOR:       MILLER,J,14015

PATROL UNIT:        P2-06
```

 Based on the above information I created a  DVD
 copy of the mobile video recording.  Said recorded copy will be logged in to
 the MVR/Disc Storage file at PSP  Laporte
 .

 Comments or Notes Observed Regarding Recording:
 On 07/30/2023, I received a request from Trooper Jeffrey MILLER for a copy of
a recording of a DUI Alcohol arrest that occurred on 07/29/2023 at
approximately 1639 hours. The requested file was from Car P2-06 in the
WatchGuard MVR Evidence Library. The video also included the suspect Kisa L.
MOYER.


I located the files under the profile name Trooper Jeffrey MILLER. I viewed a
portion of the video to confirm it was the correct file. I made one copy of
the recording which was placed onto one DVD-R disk. I then verified the files
burned correctly and were viewable on the DVD.


An additional copy was made for the District Attorney's Office.

A review of the properties of the MVR video file is as follows:

Car: P2-06, Date of Incident: 07/29/2023 at approximately 1639 hours.

Length of the video was 00 hours, 31 minutes, and 15 seconds.

Audio was working.

Footage Details: Traffic Stop, Interview, SFST, PBT, Arrest and Transport.

A copy of the recording shall be maintained in the MVR storage locker as
required by FR 6-12. The additional copy will be stored until requested by the



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

District Attorney's Office.

*** End Of Template ***



# PENNSYLVANIA STATE POLICE

### General Offense Report

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Follow Up Report #2

| | | Assigned on: Jul-31-2023  (Mon.) 1931 |
|---|---|---|
| Completed: Yes | Approved on: 08/01/2023 | Approved by: DUGHI,J,10572 |

## Related Report Image(s)

**Type:** Penn Dot Paperwork

**Description:** DL-26A

---

*Handwritten:* PA 2023-994189

DL-26A (11-22)

**USE FOR BREATH TEST**

**pennsylvania**
DEPARTMENT OF TRANSPORTATION

**CHEMICAL TESTING WARNINGS AND REPORT OF REFUSAL TO SUBMIT TO A BREATH TEST AS AUTHORIZED BY SECTION 1547 OF THE VEHICLE CODE IN VIOLATION SECTION 3802 (relating to driving under the influence of Alcohol or Controlled Substance)**

Forward to: Pennsylvania Department of Transportation (PennDOT)
If mailing, send to: PennDOT, Bureau of Driver Licensing, P.O. Box 60037, Harrisburg PA 17106-0037
If emailing, send to: RA-PDBDLCHEMTREF@pa.gov

| NAME | | | SEX | DATE OF BIRTH |
|---|---|---|---|---|
| FIRST KISA | MIDDLE LEE | LAST MOYER | F | |

| ADDRESS: A PO Box number may be used in addition to the actual residence address, but cannot be used as the only address. | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 70 JACKSON ST | | MILDRED | PA | 18632 |

| CDL Holder | DRIVER NUMBER | STATE | CHEM TEST REQUEST DATE | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| ☐ YES ☑ NO | | FL | MONTH 07 DAY 29 YEAR 23 | |

### SECTION 1547 - BREATH TESTING WARNINGS

**NOTE TO OFFICER: Please read *all* of these warnings *in their entirety* to the operator even if the operator is not listening, is talking over you or is otherwise obstructive. An officer's duty to read these warnings is excused only in rare instances where the operator's actions make reading this form impossible. You must still give the operator an opportunity to take the breath test after you finish reading these warnings to the operator. The refusal of the operator to sign this form is not a refusal to submit to the breath test. If the operator was operating a commercial motor vehicle while having any alcohol or a controlled substance in his/her system, you must also read the warnings on the reverse side of this form and complete the form.**

**It is my duty as a police officer to inform you of the following:**

1. You are under arrest for driving under the influence of alcohol or a controlled substance in violation of Section 3802 of the Vehicle Code.

2. I am requesting that you submit to a chemical test of breath. You must successfully complete two consecutive breath samples in order to complete a chemical test of breath.

3. If you refuse to submit to the breath test, your operating privilege will be suspended for at least 12 months. If you previously refused a chemical test or were previously convicted of driving under the influence, your operating privilege will be suspended for up to 18 months. If your operating privilege is suspended for refusing chemical testing, you will have to pay a restoration fee of up to $2,000 in order to have your operating privilege restored. In addition, if you refuse to submit to the breath test, and you are convicted of violating Section 3802(a)(1) (relating to impaired driving) of the Vehicle Code, then, because of your refusal, you will be subject to more severe penalties set forth in Section 3804(c) (relating to penalties) of the Vehicle Code. **These are the same penalties that would be imposed if you were convicted of driving with the highest rate of alcohol, which include a minimum of 72 consecutive hours in jail and a minimum fine of $1,000.00, up to a maximum of 10 years in jail and a maximum fine of $25,000.**

4. You have no right to speak with an attorney or anyone else before deciding whether to submit to testing. If you request to speak with an attorney or anyone else after being provided these warnings or you remain silent when asked to submit to a breath test, you will have refused the test.

I certify that I have **READ** the above warnings to the operator regarding the suspension of his/her operating privilege and gave the operator an opportunity to submit to a breath test.

Signature of Officer: *TM. [signature]* #14015    Date: 07/29/23

I have been advised of the above.

Signature of Operator: *Kisa Moyn*    Date: 7/29/23

Operator refused to sign, after being advised.

Signature of Officer: _____    Date: _____

### AFFIDAVIT

1. The above operator was placed under arrest for driving under the influence of alcohol or a controlled substance in violation of Section 3802 of the Vehicle Code, and there were reasonable grounds to believe that the above operator had been driving, operating or in actual physical control of the movement of a vehicle while in violation of Section 3802.

2. The above operator was requested to submit to a breath test, as authorized by Section 1547 of the Vehicle Code.

3. The above operator was **read** by a police officer the chemical test warnings contained in paragraphs 1 through 4 above.

4. The above operator refused to submit to a breath test after having been read the above warnings.

I certify that all the information given in this form is true and correct to the best of my knowledge, information and belief.

Officer Signature: _____    Officer Name: _____

Phone: (___)___    Email: _____    Police Department Email: _____

Badge Number: _____    Jurisdiction: _____

Mailing Address: _____

**PLEASE LIST NAME, BADGE NUMBER, AND PHONE NUMBER OF ARRESTING OFFICER IF NOT THE SAME OFFICER WHO WITNESSED THE REFUSAL:**

**Note:** Any pertinent facts not covered by the affidavit should be submitted on a separate sheet and attached hereto. That sheet should include the names of additional witnesses necessary to prove the elements to which you have attested.

**THIS FORM MAY BE DUPLICATED**

**SIDE 1**

---



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Related Report Image(s)

**Type:** Lab Report

**Description:** CHEMICAL TEST REPORT

PA 2023-994189

## CHEMICAL TEST REPORT
### Commonwealth of Pennsylvania

INTOXILYZER - ALCOHOL ANALYZER
MODEL 9000          SN 90-002645

PSP LAPORTE BARRACKS
5837 ROUTE 220, PO BOX 70
LAPORTE, PA 18626

### SUBJECT TEST INFORMATION

| SUBJECT'S NAME | SUBJECT'S DRIVERS LICENSE (OLN)# | DRIVERS LICENSE STATE |
|---|---|---|
| MOYER, KISA L | ▮▮▮▮▮ | FL |

| SUBJECT'S DATE OF BIRTH | SUBJECT'S AGE | SUBJECT'S SEX | TEST DATE | TIME FIRST OBSERVED | TIME TEST INITIATED |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | 32 | F | 07/29/2023 | 16:40 | 17:13 |

### OPERATOR INFORMATION

| BADGE NUMBER | OPERATOR'S NAME |
|---|---|
| 14015 | MILLER, JEFFREY |

### OFFICER INFORMATION

| BADGE NUMBER | OFFICER'S NAME |
|---|---|
| 14015 | MILLER, JEFFREY |

### INCIDENT NUMBER
PA-23994189

| TEST | %BAC | TIME |
|---|---|---|
| Air Blank | 0.000 | 17:15 |
| Subject Sample 1 | 0.099 | 17:16 |
| Air Blank | 0.000 | 17:17 |
| Subject Sample 2 | 0.092 | 17:18 |
| Air Blank | 0.000 | 17:18 |
| Ethanol Standard 1 | 0.098 | 17:19 |
| Air Blank | 0.000 | 17:20 |





No RFI Detected

| Subject's BAC |
|---|
| **0.092** %BAC |

TPR. _[signature]_ #14015
OPERATOR'S SIGNATURE



# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Related Report Image(s)

**Type:** Other

**Description:** RELEASE FROM CUSTODY

PA 2023 - 994189



COMMONWEALTH OF PENNSYLVANIA
PENNSYLVANIA STATE POLICE

**RELEASE FROM CUSTODY:**

DEFENDANT: KISA LEE MOYER

ADDRESS: 70 JACKSON ST, MILDRED, PA 18632

TELEPHONE: 954-591-5552

DRIVER'S LICENSE: FL ███████████

    PURSUANT TO TITLE 34; PENNSYLVANIA RULES OF CRIMINAL PROCEDURE – SECTION 102, I HEREBY AGREE TO TAKE CUSTODY OF THE DEFENDANT: KISA MOYER AND TRANSPORT HIM/HER DIRECTLY AND WITHOUT DELAY TO THEIR RESIDENCE OR OTHER SAFE LOCATION.

    I HEREBY AGREE NOT TO PERMIT HIM/HER TO OPERATE A MOTOR VEHICLE AND ASSUME FULL RESPONSIBILITY FOR THEIR SAFETY.

NAME: FRANKLIN MASTELLER

ADDRESS: 19 SECOND ST, MILDRED, PA 18632

TELEPHONE: 570-928-9707

DRIVER'S LICENSE: ███████████████

SIGNATURE: _Franklin S Masteller_

DATE: 7/29/23



# PENNSYLVANIA STATE POLICE

### General Offense Report

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Related Report Image(s)

**Type:** Penn Dot Paperwork

**Description:** VEHICLE RECORD ABSTRACT

PA2023-994189



**PENNSYLVANIA DEPARTMENT OF TRANSPORTATION**
**VEHICLE RECORD ABSTRACT**
**07/29/23**
**17:00**
**PAGE 1**

232103430037850 000

| | | | |
|---|---|---|---|
| OWNER: | LAZZARI,FERDINAND ANTHONY | LESSEE: | NONE |
| | 70 JACKSON ST | | |
| | MILDRED, PA 18632 | | |
| TITLE NUMBER: | 72975972 | | |
| TAG NUMBER: | LPW1393 | TITLE DATE: | 02/19/14 |
| VIN: | YV1952AS4B1135056 | REGISTRATION EXPIRY DATE | 07/23 |
| | | BODY TYPE: | SDN |
| MAKE: | VOLVO | ODOMETER READING: | 171068* |
| MODEL: | S80 | *ACTUAL MILEAGE | |
| RENEWAL WID: | 222282600066781 001 | DUPLICATE TITLE COUNT: | 0 |
| PREVIOUS TAG: | | VEHICLE YEAR: | 2011 |
| LIENS: | NO | STOLEN DATE: | |
| STOPS: | NO | | |

**TITLE BRAND INFORMATION**

NO TITLE BRANDS EXIST FOR THIS TITLE

**SUSPENSION INFORMATION**

NO SUSPENSIONS EXIST FOR THIS TITLE



# PENNSYLVANIA STATE POLICE

### General Offense Report

**GO# PA 2023-994189**          **Operational Status: CLOSED**

*PA 2023- 994189*



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF TRANSPORTATION**
**SAFETY ADMINISTRATION**
**HARRISBURG, PA 17123**
**07/29/23**
**17:00**

JUSTICE NETWORK
5 Technology Park
Harrisburg Hospital Grounds
Harrisburg PA 17110

232103430037850 000

**CERTIFICATE & ATTESTATION**

I hereby certify that Stephen J. Madrak, Director of the Bureau of Motor Vehicles of the Department of Transportation, is the legal custodian of the Motor Vehicle Records of the Pennsylvania Department of Transportation

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND SEAL OF THIS DEPARTMENT ON THE ABOVE DATE IN ACCORDANCE WITH SECTION 6103 OF THE JUDICIAL CODE, TITLE 42, PA. Consolidated Statutes.



**SEAL**
**DATE: 07/29/23**

**MICHAEL B. CARROLL**
**SECRETARY OF TRANSPORTATION**

I hereby certify that the documents attached hereto are full, true and correct photostatic, microfilm or printed copies of documents or electronically stored information of which I have legal custody, and that the copies conform to the requirements of Section 6109 of the Judicial Code. Sales tax information is redacted from applications for certificate of title in accordance with the Act of April 9, 1929, P.L. 343, as amended, 72 P.S. Section 731.

**TITLE:**   72975972
**TAG:**     LPW1393
**VIN:**     YV1952AS4B1135056

CERTIFIED IN ACCORDANCE WITH SECTION 6103 OF THE JUDICIAL CODE, TITLE 42, PA. Consolidated Statutes.



**SEAL**
**DATE: 07/29/23**

**Stephen J. Madrak, DIRECTOR**
**BUREAU OF MOTOR VEHICLES**



# PENNSYLVANIA STATE POLICE

### General Offense Report

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Related Report Image(s)

**Type:** Penn Dot Paperwork

**Description:** CERTIFIED DRIVER HISTORY

JNET Online Documents                                    Page 1 of 3



### PENNSYLVANIA DEPARTMENT OF TRANSPORTATION
#### BUREAU OF DRIVER LICENSING

CERTIFIED DRIVER HISTORY

Jul 31, 2023

FULL LEGAL NAME:                         DRIVER'S LICENSE NO:    ███████
 KISA LEE MOYER                          REAL ID:                NONE
EXPANDED NAME:

 KISA                                    TRANSLIT:  U   TRUNC:    U
 LEE                                     TRANSLIT:  U   TRUNC:    U
 MOYER                                   TRANSLIT:  U   TRUNC:    U

                                         DATE OF BIRTH:          ███████
 15 S SILLYMAN ST                        SEX:                    FEMALE
 CRESSONA, PA 17929                      RECORD TYPE:            OUT OF STATE
                                         VETERAN STATUS:         NOT DECLARED


DRIVER LICENSE (DL)                      COMMERCIAL DRIVER LICENSE (CDL)
LICENSE CLASS:          C                CDL LICENSE CLASS:
LICENSE ISSUE DATE:     AUG 08 2014      CDL LICENSE ISSUED:
LICENSE EXPIRES:        AUG 03 2018      CDL LICENSE EXPIRES:
ORIG ISSUE DATE:        APR 10 2007      CDL ENDORSEMENTS:       NONE
MED RESTRICTIONS:       NONE             CDL RESTRICTIONS:       NONE
LEARNER PERMITS:                         CDL LEARNER PERMITS:
LICENSE STATUS:         EXPIRED          CDL LICENSE STATUS:
                                         CDL MED SELF CERT:
MEDICAL CERTIFICATE (MC)                 CDL LIC DOWNGRADED:
MC STATUS:
                                         SB ENDORSEMENTS:


PROBATIONARY LICENSE (PL)                OCCUPATIONAL LIMITED LICENSE (OLL)
PL LICENSE CLASS:                        OLL LICENSE CLASS:
PL LICENSE ORIG ISS:                     OLL LICENSE ISSUED:
PL LICENSE ISSUED:                       OLL LICENSE EXPIRES:
PL LICENSE EXPIRES:                      OLL LICENSE STATUS:
PL LICENSE STATUS:


INTERLOCK LIMITED LICENSE (II LL)
II LL LICENSE CLASS:
II LL LICENSE ISSUED:
II LL LICENSE EXPIRES:
II LL LICENSE STATUS:



# PENNSYLVANIA STATE POLICE

### General Offense Report

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

JNET Online Documents     Certified Driver History Jul 31, 2023, Driver License Number: 29027436     Page 2 of 3

## REPORT OF VIOLATIONS AND DEPARTMENTAL ACTIONS

```
VIOLATION DATE:        JUL 25 2007
VIOLATION:             VEHICLE CODE:    3323B
DESCRIPTION:           STOP SIGN VIOLATION
COMM VEHICL:           NO     HAZMAT:  NO      CDL HOLDER:  NO
CONVICTION DATE:       AUG 13 2007
ACTION:                ASSIGNED POINTS

VIOLATION DATE:        NOV 23 2008
VIOLATION:             VEHICLE CODE:    3362
DESCRIPTION:           EXCEEDING MAXIMUM SPEED
                       063 MPH IN A 045 MPH ZONE
COMM VEHICL:           NO     HAZMAT:  NO      CDL HOLDER:  NO
CONVICTION DATE:       DEC 18 2008
ACTION:                ASSIGNED POINTS

VIOLATION DATE:        MAR 05 2009
VIOLATION:             VEHICLE CODE:    3362
DESCRIPTION:           EXCEEDING MAXIMUM SPEED
                       072 MPH IN A 055 MPH ZONE
COMM VEHICL:           NO     HAZMAT:  NO      CDL HOLDER:  NO
CONVICTION DATE:       APR 14 2009
ACTION:                POINT EXAM

ACTION:                PASSED EXAM MAY 12 2009
```

## REPORT OF MEDICALS AND DEPARTMENTAL ACTIONS

NO MEDICALS OR DEPARTMENTAL ACTIONS DURING THIS REPORTING PERIOD

## REPORT OF ACCIDENTS AND DEPARTMENTAL ACTIONS

MOTOR VEHICLE ACCIDENT RECORDS LISTED ON THIS OPERATING REPORT DO NOT INDICATE FAULT FOR THE ACCIDENT. THE RECORD ONLY INDICATES THAT THIS INDIVIDUAL OR THE INDIVIDUAL'S VEHICLE WAS INVOLVED IN AN ACCIDENT ON THE DATE LISTED.

```
ACCIDENT DATE:         JAN 09 2010
LOCATION:              SCHUYLKILL CTY
VEHICLE TYPE:          PASSENGER
SEVERITY:              PROPERTY
```

*** END OF RECORD ***

PROCESSED: 07/31/2023 6:06:12 PM



# PENNSYLVANIA STATE POLICE

### General Offense Report

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

JNET Online Documents      Certified Driver History Jul 31, 2023, Driver License Number: 29027436      Page 3 of 3

IN COMPLIANCE WITH YOUR REQUEST, I HEREBY CERTIFY THAT I AM THE CUSTODIAN AND THE PERSON RESPONSIBLE FOR KEEPING AND MAINTAINING THE RECORDS OF THE DEPARTMENT OF TRANSPORTATION. I HAVE CAUSED A SEARCH TO BE MADE OF THE FILES OF THE DEPARTMENT OF TRANSPORTATION AND HAVE SET FORTH ABOVE AN ACCURATE SUMMARY OF ALL RECORDS IN THE NAME OF THE PERSON INDICATED.



BRENT D. LAWSON CFE, ACTING DIRECTOR
BUREAU OF DRIVER LICENSING
DEPARTMENT OF TRANSPORTATION

SEAL

DATE: 7/31/2023

COMMONWEALTH OF PENNSYLVANIA SS:
I HEREBY CERTIFY THAT BRENT D. LAWSON CFE, ACTING DIRECTOR OF THE BUREAU OF DRIVER LICENSING, OF THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, IS THE LEGAL CUSTODIAN OF THE DRIVER LICENSING RECORDS OF THE DEPARTMENT OF TRANSPORTATION. AS THE DIRECTOR OF THE AFORESAID BUREAU, THIS PERSON HAS LEGAL CUSTODY OF THE ORIGINAL OR MICROFILM RECORDS WHICH ARE THE SUBJECT OF THE ABOVE CERTIFICATION.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND SEAL OF THIS DEPARTMENT THE DAY AND YEAR INDICATED BELOW.



MICHAEL B. CARROLL
SECRETARY OF TRANSPORTATION

SEAL

DATE: 7/31/2023

THIS DOCUMENT IS AN OFFICIAL CERTIFIED PENNDOT RECORD UNDER THE AUTHORITY OF 75 PA.C.S. § 6328 (2003); 9-140 PENNSYLVANIA TRANSACTION GUIDE--LEGAL FORMS § 140.51; 73 P.S. § 2260.303 (2003); 73 P.S. § 2260.307 (2003); AND 73 P.S. § 2260.307 (2003) FOR USE AS EVIDENCE IN ANY PROCEEDING BEFORE THE COURTS OR ADMINISTRATIVE BODIES OF THIS COMMONWEALTH.

# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-994189** | **Operational Status: CLOSED**

## Related Report Image(s)

**Type:** Criminal Complaint/Affidavit

**Description:** CC AND AFFIDAVIT

---

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF: SULLIVAN**

**POLICE CRIMINAL COMPLAINT**
**COMMONWEALTH OF PENNSYLVANIA**
**VS.**

Magisterial District Number: **44-3-03**
MDJ Hon. **VANDINE, JENNIFER Y**

Address: **SULLIVAN CNTY CRTHSE, PO BOX 259**
**LAPORTE, PA  18626**
Telephone: **(570) 946-4413**

**DEFENDANT:**   *(NAME and ADDRESS)*

**KISA**    *First Name*       **LEE**  *Middle Name*    **MOYER**  *Last Name*     *Gen*

**70 JACKSON ST,**
**MILDRED, PA 18632**
**(954) 591-5552**

### NCIC Extradition Code Type

| NCIC Extradition Code Type | **C - MISDEMEANOR SURROUNDING STATES** | Distance |
|---|---|---|

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/Live Scan Number **R5176651** | Complaint Number **P2A39K206I** | Incident Number **PA 2023-994189** | Request Lab Services **NO** |
|---|---|---|---|---|---|

| Gender **F** | Date of Birth | POB **PA - USA** | Add'l DOB | Co-Defendant? **NO** |
|---|---|---|---|---|

| Defendant Also Known As | Defendant's First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|

| Race **WHITE - W** | Ethnicity **NOT OF HISPANIC ORIGIN - N** |
|---|---|
| Hair Color **BLACK - BLK** | Eye Color **BROWN - BRO** |

| DNA **NO** | DNA Location | | Weight **140 LBS** |
|---|---|---|---|
| FBI Number **R7PHJFJWW** | | MNU Number | Height **5' 06"** |
| Defendant Fingerprinted **YES** | Fingerprint Classification | | |

### DEFENDANT VEHICLE INFORMATION

| Plate # **LPW1393** | State **PA** | HazMat | Registration Sticker (MM/YY) **2023** | Commercial Vehicle? **NO** | School Veh. **NO** | Oth. NCIC Veh. Code | Reg. same as Def. **NO** |
|---|---|---|---|---|---|---|---|
| VIN **YV1952AS4B1135056** | Year **2011** | Make **VOLVO** | Model **S80** | Style **SEDAN, 4-DOOR, AUTO** | Color **BLACK** | | |

Office of the Attorney of the Commonwealth , ☐ Approved ☐ Disapproved because:

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Crim.P.507.)

_____    _____    _____
(Name of Attorney for Commonwealth - Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

I, **TPR. JEFFREY MILLER**          Employee# **114015**
(Name of Affiant - Please Print or Type)    (PSP/MPOETC - Assigned Affiant ID Number & Badge #)

of **PENNSYLVANIA STATE POLICE, TROOP P, LAPORTE**          **PAPSP2000**
(Identify Department or Agency Represented and Political Subdivision)    (Police Agency ORI Number)

do hereby state: (check appropriate box)

1. ☑ I accuse the above named defendant who/lives at the address set forth above

   ☐ I accuse the defendant whose name is unknown to me but who is described as

   ☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated
   as John Doe or Jane Doe.

with violating the penal laws of the Commonwealth of Pennsylvania at: **401**    **WEST MAIN ST JUST WEST OF CENTER ST DUSHORE BORO**
                                                        (Subdivision Code)    (Place-Political Subdivision)

in **SULLIVAN**    County    **56**    on or about    **07/29/2023 AT APPROX. 16:40 HRS**
                (County Code)            (Offense Date)

AOPC 412A - Rev. 12/21                                          Page 1  of  5

---



# PENNSYLVANIA STATE POLICE

### General Offense Report

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|



**POLICE CRIMINAL COMPLAINT**

| Docket Number | Date Filed | OTN/Live Scan Number R5176651 | Complaint Number P2A39K206I | Incident Number PA 2023-994189 |
|---|---|---|---|---|
| Defendant Name | First KISA | | Middle LEE | Last MOYER |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically

(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 | | | |
|---|---|---|---|---|---|---|---|
| Lead? YES | Offense # 1 | Section 3802 | Subsection A2 | PA Statute (Title) 75 | Count 1 | Grade M | NCIC Offense Code 5404 | UCR/NIBRS VC38 |

| PennDOT DATA (if applicable) | Accident Number | | Interstate Indicator NO | Safety Zone NO | Work Zone NO |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
**DUI/BAC .08%-10%**

Acts of the accused associated with this Offense:

**IN THAT, on or about said date THE DEFENDANT, being an adult 21 years of age or older, did drive, operate or was in actual physical control of the movement of a vehicle namely, a 2011, Volvo, S80, bearing Pennsylvania registration LPW1393 after imbibing a sufficient amount of alcohol such that the alcohol concentration of the individual's BREATH was 0.092% which is at least .08% but less than .10% within two hours after the individual had driven, operated or been in actual physical control of the movement of the vehicle, in violation of Section 3802 (a)(2) of the PA Vehicle Code.**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 | | | |
|---|---|---|---|---|---|---|---|
| Lead? NO | Offense # 2 | Section 3802 | Subsection A1 | PA Statute (Title) 75 | Count 1 | Grade S | NCIC Offense Code 5404 | UCR/NIBRS VC38 |

| PennDOT DATA (if applicable) | Accident Number | | Interstate Indicator NO | Safety Zone NO | Work Zone NO |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
**DUI/UNSAFE DRIVING**

Acts of the accused associated with this Offense:

**IN THAT, on or about said date THE DEFENDANT did drive, operate or was in actual physical control of the movement of a vehicle namely, a 2011, Volvo, S80, bearing Pennsylvania registration LPW1393 after imbibing a sufficient amount of alcohol such that rendered HER incapable of safely driving, operating or being in actual physical control of the movement of the vehicle, in violation of Section 3802 (a)(1) of the PA Vehicle Code.**

AOPC 412A - Rev. 12/21 — Page 2 of 5



# PENNSYLVANIA STATE POLICE

### General Offense Report

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|



**POLICE CRIMINAL COMPLAINT**

| Docket Number | Date Filed | OTN/Live Scan Number R5176651 | Complaint Number P2A39K206I | Incident Number PA 2023-994189 |
|---|---|---|---|---|

| Defendant Name | First KISA | Middle LEE | | Last MOYER |
|---|---|---|---|---|

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 | | | |
|---|---|---|---|---|---|---|---|
| Lead? NO | Offense # 3 | Section 1501 | Subsection A | PA Statute (Title) 75 | Count 1 | Grade S | NCIC Offense Code 5499 | UCR/NIBRS VC15 |
| PennDOT DATA (If applicable) | Accident Number | | | Interstate Indicator NO | Safety Zone NO | | Work Zone NO |

Statute Description (include the name of statute or ordinance):
**DRIVING W/O A LICENSE**

Acts of the accused associated with this Offense:
**OPERATED A MOTOR VEHICLE WITHOUT A VALID DRIVER'S LICENSE**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 | | | |
|---|---|---|---|---|---|---|---|
| Lead? NO | Offense # 4 | Section 1501 | Subsection C | PA Statute (Title) 75 | Count 1 | Grade S | NCIC Offense Code 5499 | UCR/NIBRS VC15 |
| PennDOT DATA (if applicable) | Accident Number | | | Interstate Indicator NO | Safety Zone NO | | Work Zone NO |

Statute Description (include the name of statute or ordinance):
**MORE THAN ONE VALID DR LIC**

Acts of the accused associated with this Offense:
**POSSESSED MORE THAN ONE VALID DRIVER'S LICENSE**

AOPC 412A - Rev. 12/21

Page 3 of 5





# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|



**POLICE CRIMINAL COMPLAINT**

| Docket Number | Date Filed | OTN/Live Scan Number R5176651 | Complaint Number P2A39K206I | Incident Number PA 2023-994189 |
|---|---|---|---|---|
| Defendant Name | First KISA | | Middle LEE | Last MOYER |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 | | | |
|---|---|---|---|---|---|---|---|
| Lead? NO | Offense # 5 | Section 1515 | Subsection A | PA Statute (Title) 75 | Count 1 | Grade S | NCIC Offense Code 5499 | UCR/NIBRS VC15 |

| PennDOT DATA (if applicable) | Accident Number | | Interstate Indicator NO | Safety Zone NO | Work Zone NO |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
**FAIL TO NOTIFY CHANGE IN ADDRESS**

Acts of the accused associated with this Offense:
**FAILED TO NOTIFY DEPARTMENT OF NAME OR ADDRESS CHANGE ON LICENSE WITHIN 15 DAYS, TO WIT, DEFENDANT FAILED TO OBTAIN A VALID PA DRIVERS LICENSE ONCE ADDRESS CHANGED TO PA**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 | | | |
|---|---|---|---|---|---|---|---|
| Lead? NO | Offense # 6 | Section 3714 | Subsection A | PA Statute (Title) 75 | Count 1 | Grade S | NCIC Offense Code 5499 | UCR/NIBRS VC37 |

| PennDOT DATA (if applicable) | Accident Number | | Interstate Indicator NO | Safety Zone NO | Work Zone NO |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
**CARELESS DRIVING**

Acts of the accused associated with this Offense:
**IN THAT, on or about said date, THE DEFENDANT did drive a vehicle in careless disregard for the safety of persons or property at Dushore Borough, Sullivan County by driving under the influence, in violation of Section 3714(a) of the PA Vehicle Code**

AOPC 412A - Rev. 12/21                                    Page 4  of  5





# PENNSYLVANIA STATE POLICE

### General Offense Report

**GO# PA 2023-994189** | **Operational Status: CLOSED**



### POLICE CRIMINAL COMPLAINT

| Docket Number | Date Filed | OTN/Live Scan Number R5176651 | Complaint Number P2A39K206I | Incident Number PA 2023-994189 |
|---|---|---|---|---|
| Defendant Name | Defendant's First Name KISA | Middle Name LEE | | Last Name MOYER |

2.   I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3.   I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S.§4904) relating to unsworn falsification to authorities.

4.   This complaint consists of the preceding page(s) numbered 1 through  5

5.   I certify that this filing complies with the provisions of the  *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*  that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statute cited.

**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

_____07/31/2023_____                    _____TPR. Jeff Mong #14015_____
          (Date)                                              (Signature of Affiant)

AND NOW,  on this date, _____ I certify that the complaint has been properly completed and verified.
An affidavit of probable cause must be completed before a warrant can be issued.

_____           _____
(Magisterial District Court Number)              (Issuing Authority)

AOPC 412A - Rev. 12/21                                     Page 5  of  5





# PENNSYLVANIA STATE POLICE

### General Offense Report

**GO# PA 2023-994189**   **Operational Status: CLOSED**



**POLICE CRIMINAL COMPLAINT**

| Docket Number | Date Filed | OTN/Live Scan Number<br>R5176651 | Complaint Number<br>P2A39K206I | Incident Number<br>PA 2023-994189 |
|---|---|---|---|---|
| Defendant Name | First<br>KISA | | Middle<br>LEE | Last<br>MOYER |

## AFFIDAVIT of PROBABLE CAUSE

Your affiant, Trooper Jeffrey MILLER, is a member of the Pennsylvania State Police, Laporte Patrol Unit and was so employed at the time of this incident.

On Saturday July 29th 2023 at approximately 1640 hours, I was in a marked patrol vehicle, attired in full PSP uniform and monitoring southbound traffic on SR220, just north of its intersection with Mill St, Dushore Borough, Sullivan County. I observed a black Volvo sedan traveling South on SR220 and approach my stationary position. I observed a female to be operating the Volvo. The Volvo was bearing Pennsylvania registration LPW1393. I conducted a CLEAN/NCIC query of the Volvo, the query returned the Volvo's Pennsylvania registration to expire on 07/31/23. The query returned a female to have prior involvement with the Volvo on 01/21/2023. I conducted a CLEAN/NCIC query of the female (Kisa Lee MOYER). The query returned a Florida Driver's License and a photograph for MOYER with a Fort Lauderdale address and Pennsylvania address. I conducted a CLEAN/NCIC query of MOYER through Pennsylvania, the query returned MOYER to have an expired Pennsylvania driver's license. The photograph of MOYER's Florida and Pennsylvania driver's license was consistent with the female I observed operating the Volvo. The Volvo made a right hand turn onto W Main St. I activated my emergency lighting, the Volvo was slow to respond to my emergency lighting. Subsequently a traffic stop was conducted at West Main St just West of Center St, Dushore Borough, Sullivan County.

I approached the vehicle's driver side and identified myself as well was the reason for the stop. I requested the operator exhibit her driver license, registration, and proof of insurance. The operator was slow to exhibit her documents. The operator exhibited her Florida Driver's license, allowing me to positively identify the operator as Kisa Lee MOYER. While speaking with MOYER I detected the odor of an alcoholic beverage emanating from the vehicle. While speaking with MOYER, I observed her to have bloodshot and glassy eyes. When questioned, MOYER related she worked an overnight shift and consumed alcoholic beverages prior to going to bed this morning. MOYER again related she did not consume an alcoholic beverage after waking up. I requested MOYER to submit to a Preliminary Breath Test, MOYER complied with my request.

I,  TPR. JEFFREY MILLER  BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

TPR. *[signature]* #1405
(Signature of Affiant)

Sworn to me and subscribed before me this _____ day of _____   _____

_____ Date _____ , Magisterial District Judge

My commission expires  first Monday of January,

AOPC 411C - Rev. 12/21          Page 1  of  2



# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-994189**          **Operational Status: CLOSED**



**POLICE CRIMINAL COMPLAINT**

**AFFIDAVIT CONTINUATION PAGE**

| Docket Number | Date Filed | OTN/Live Scan Number R5176651 | Complaint Number P2A39K206I | Incident Number PA 2023-994189 |
|---|---|---|---|---|
| Defendant Name | First KISA | Middle LEE | | Last MOYER |

### AFFIDAVIT of PROBABLE CAUSE CONTINUATION

I returned to my patrol vehicle and conducted a CLEAN/NCIC query of the Volvo and MOYER.

I reapproached the vehicle's driver side and MOYER submitted to a Preliminary Breath Test, the test detected the presence of alcohol. I requested MOYER to exit the vehicle, MOYER complied with my request.

I requested MOYER to perform Standard Field Sobriety Test's (SFST's). MOYER advised that she would perform SFST's.   As a result of SFST's, I observed MOYER to exhibit signs of impairment which would render her incapable of safe driving a motor vehicle.

I again requested MOYER submit to a Preliminary Breath Test, MOYER complied with my request. The Preliminary Breath Test detected the presence of alcohol.

I subsequently took MOYER into custody.

At approximately 1659 hours, MOYER was transported to PSP Laporte.

At approximately 1711 hours, MOYER arrived at PSP Laporte.

While at PSP Laporte, I read MOYER her Implied Consent / O'Connell Warnings verbatim from the DL-26A. MOYER agreed to provide a sample of her breath.

At 1718 hours, I administered a chemical test of breath on MOYER on the Intoxilyzer 9000, SN: 90-002645. The report indicated that MOYER's Blood Alcohol Content (BAC) was 0.092% at the time of the legal breath test.

MOYER was processed and released as per Rule 519.

Based upon the above facts and circumstances I request the Defendant answer to these charges.

TPR. *Jeff M. Le* #14015

(Signature of Affiant)

AOPC 411C - Rev. 12/21          Page 2 of 2

# PENNSYLVANIA STATE POLICE

### General Offense Report

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

**CONFIDENTIAL**



**CONFIDENTIAL INFORMATION FORM**

**CRIMINAL COMPLAINT**

Complete the defendant's SSN information if known. If this form is submitted as part of a Police Criminal Complaint, the NCIC Cautions/Medical Conditions and Scars/Marks/Tattoos sections should also be completed if known.

| Docket Number | Date | OTN/Live Scan Number R5176651 | Complaint Number P2A39K206I | Incident Number PA 2023-994189 |
|---|---|---|---|---|
| Defendant Name | First KISA | Middle LEE | Last MOYER | |

**NCIC Cautions and Medical Conditions (check up to 9)**

| | | | |
|---|---|---|---|
| ☐ 00 | ☐ 20 | ☐ 50 | ☐ 70 | ☐ 01 |
| ☐ 05 | ☐ 25 | ☐ 55 | ☐ 80 | |
| ☐ 10 | ☐ 30 | ☐ 60 | ☐ 85 | |
| ☐ 15 | ☐ 40 | ☐ 65 | ☐ 90 | |

Scars, Marks, Tattoos (NCIC Codes)

Pursuant to the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania, the Confidential Information Form shall accompany a filing where confidential information is required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter. This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This Information Pertains to: | Confidential Information: | Reference in Filing: |
|---|---|---|
| **KISA LEE MOYER** (full name of adult) OR This information pertains to a minor with the initials of _____ and the full name of _____ (full name of minor) and date of birth: | Social Security Number (SSN): ▓▓▓▓▓▓ Financial Account Number (FAN): Driver's License Number (DLN): ▓▓▓▓ State Issuance (DLN): PA Expires (DLN): 08/03/2018 State Identification Number (SID): 56184813 | Alternate Reference SSN1: Alternate Reference (FAN1): Alternate Reference (DLN1): Alternate Reference (SID1): |

Additional page(s) attached  1  total pages are attached to this filing.

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

_TPR. Jeffrey Miller #14015_
(Signature of Attorney or Affiant)

_07/31/2023_
(Date)

Name:   **TPR. JEFFREY MILLER**

Address:   **PO BOX 70, LAPORTE, PA 18626**

Attorney Number:(if applicable)

Telephone:   **(570) 946-4610**

Email:

**NOTE:** Parties and attorney of record in a case will have access to this Confidential Information Form. Confidentiality of this information must be maintained.

AOPC 412A - Rev. 12/21                    *CONFIDENTIAL*                    Page 1   of 1



# PENNSYLVANIA STATE POLICE

### General Offense Report

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Follow Up Report #3

| Assigned to: <span>Employee #</span> - MILLER,J,14015 | Assigned on: Aug-01-2023 (Tue.) 1703 |
|---|---|
| Completed: Yes | Approved on: 11/10/2023 | Approved by: DUGHI,J,10572 |

### Narrative Text #1

**Document:** 3 - OFFICER NARRATIVE

**Related Date/Time:** Nov-10-2023 (Fri.) 856

**Subject:** (ARRESTEE (includes runaway) #1) MOYER, KISA L (D

SUPPLEMENTAL:

A Preliminary Hearing was held on 09/05/2023 at 1130 hours at Magisterial District Court 44-3-03. The Defendant waived for Court and the charges were bound over to the Sullivan County Court of Common Pleas.

A Suppression Hearing is tentatively scheduled on 12/08/2023 at 0830 in front of the Honorable Judge Russell D. SHURTLEFF.

CONCLUSIONS / RECOMMENDATIONS:

I recommend this investigation remain open, this investigation will be supplemented pending further Court proceedings and Final Judicial Disposition.





# PENNSYLVANIA STATE POLICE

### General Offense Report

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Follow Up Report #4

| Assigned to: <span>Employee #</span>  -  MILLER,J,14015 | Assigned on: Nov-10-2023  (Fri.) 1651 |
|---|---|
| **Completed:** Yes | **Approved on:** 02/12/2024 | **Approved by:** DUGHI,J,10572 |

### Narrative Text #1

**Document:**  3 - OFFICER NARRATIVE

**Related Date/Time:**  Feb-08-2024  (Thu.) 808

**Subject:**   (ARRESTEE (includes runaway) #1) MOYER, KISA L (D

SUPPLEMENTAL:


On 11/14/2023, this investigation was Nolle Prossed by the Sullivan County District Attorney's Office.



CONCLUSIONS / RECOMMENDATIONS:


I recommend this investigation be closed.


There is no evidence associated with this investigation.


There are no CLEAN/NCIC entries for this investigation.





# PENNSYLVANIA STATE POLICE

**General Offense Report**

| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Follow Up Report #5

| Assigned to:  - MILLER,J,14015 | Assigned on: Feb-12-2024 (Mon.) 1823 |
|---|---|
| Completed: Yes | Approved on: 05/02/2024 | Approved by: DUGHI,J,10572 |

### Narrative Text #1

**Document:** 3 - OFFICER NARRATIVE
**Related Date/Time:** Apr-24-2024 (Wed.) 1410
**Subject:** (ARRESTEE (includes runaway) #1) MOYER, KISA L (D

SUPPLEMENTAL:


On 11/14/2023, this investigation was Nolle Prossed by the Sullivan County District Attorney's Office.




ADDITIONAL ATTACHMENTS:


1. MOYER Disposition




CONCLUSIONS / RECOMMENDATIONS:


I recommend this investigation be closed.


There is no evidence associated with this investigation.


There are no CLEAN/NCIC entries for this investigation.

# PENNSYLVANIA STATE POLICE

**General Offense Report**



| GO# PA 2023-994189 | Operational Status: CLOSED |
|---|---|

## Related Report Image(s)

**Type:** Court Order

**Description:** MOYER DISPOSITION



245 Muncy Street, P.O. Box 157
Laporte, PA 18626
Phone: (570) 946-4053
Fax: (570) 946-4609
Email: sullivancountyda@sullivancountypa.gov

## OFFICE OF THE DISTRICT ATTORNEY
## SULLIVAN COUNTY, PENNSYLVANIA
## JULIE GAVITT SHAFFER, D.A.

### DISPOSITION INFORMATION

**TO:**   Pennsylvania State Police

**FROM:** District Attorney's Office

**DATE:** November 17, 2023

**RE:**   **Commonwealth v. Kisa Lee Moyer**
No. 2023CR-58
PA 2023-994189

**Prosecutor:** <u>Trooper Jeffrey Miller</u>

Original Charges:
1. 75 Pa.C.S. § 3802 (a)(2) – DUI: BAC .08%-.10%, 1st Off – M
2. 75 Pa.C.S. § 3802 (a)(1) – DUI: Incapable of Safely Driving, 1st Off – M
3. 75 Pa.C.S. § 1501 (a) – Driving Without a License – S
4. 75 Pa.C.S. § 1501 (c) – More Than 1 Valid Driver's License – S
5. 75 Pa.C.S. § 1515 (a) – Fail to Notify Change in Address – S
6. 75 Pa.C.S. § 3714 (a) – Careless Driving – S

Case was nol prossed.

Attached is copy of Nolle Pros Petition, Order and Entry.

Forms/Disposition report for PSP
Revised 9/7/22

# PENNSYLVANIA STATE POLICE

**General Offense Report**

**GO# PA 2023-994189** | **Operational Status: CLOSED**

IN THE COURT OF COMMON PLEAS OF THE 44TH JUDICIAL DISTRICT
SULLIVAN COUNTY BRANCH- CRIMINAL SECTION

FILED
SULLIVAN COUNTY

2023 NOV 14  PM 1: 55

PROTHONOTARY
CLERK OF COURTS

|  |  |  |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| vs. | : | NO. 2023CR-58 |
| | : | |
| KISA LEE MOYER, | : | |
| Defendant | : | |

## PETITION FOR NOLLE PROSEQUI

TO THE HONORABLE, RUSSELL D. SHURTLEFF, President Judge of said Court, Julie Gavitt Shaffer, Esquire, District Attorney, respectfully moves the Court for permission to enter a Nolle Prosequi of ALL COUNTS of the Information of Kisa Lee Moyer for the following reasons:

1.  This Petition is due to lack of probable cause for traffic stop.

Dated: _11/14/23_

_____
District Attorney

## ORDER FOR NOLLE PROSEQUI

AND NOW, this _14th_ day of _November_ 2023, permission is given to the District Attorney to enter a Nolle Prosequi in the above case as prayed for.

_____ P.J.
Russell D. Shurtleff, P.J.

## ENTRY OF NOLLE PROSEQUI

AND NOW, this _14th_ day of _November_ 2023, a Nolle Prosequi is hereby entered in the above captioned case.

COPY

_____
District Attorney