**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KISA MOYER,<br>*Plaintiff*<br><br>v.<br><br>JEFFREY MILLER<br>*Defendant*. | CIVIL ACTION<br><br>CASE NO. 4:25-CV-00516<br><br>CHIEF JUDGE BRANN<br><br>ELECTRONICALLY FILED |

**ORDER**

**AND NOW**, this 22nd day of April, 2026, upon consideration of Plaintiff's Unopposed Motion to Extend Case Deadlines, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

The Case Management Order (Doc. 12) is amended as follows:

1. All additional parties shall be joined by July 1, 2026;
2. Amended pleadings are due by August 1, 2026;
3. Fact discovery shall be completed by August 1, 2026;
4. Plaintiff's expert reports are due January 3, 2027;
5. Defendant's expert reports are due February 3, 2027;
6. Supplemental and rebuttal expert reports are due February 17, 2027;
7. Expert discovery shall be complete by February 17, 2027; and
8. Dispositive Motions shall be filed by October 3, 2026.

All other terms of the Case Management Order (Doc. 12) remain in place and can only be altered by further order of the Court.

BY THE COURT:

*s/Matthew W. Brann*

Matthew W. Brann
Chief United States District Judge